UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
ABILENE DIVISION

| | |
|---|---|
| FREDY NEPTALY CALDERON LOPEZ,<br><br>    Petitioner,<br><br>v.<br><br>TODD LYONS, et al.,<br><br>    Respondents. | No. 1:25-CV-226-H |

### JUDGMENT

For the reasons stated in the Court's orders (Dkt. Nos. 12; 13), it is ordered, adjudged, and decreed that the petition for a writ of habeas corpus (Dkt. No. 1) and the supplemental claim for habeas relief (Dkt. No. 9) are dismissed with prejudice.

The Clerk of the Court is directed to close the case.

So ordered on January 7, 2026.

_____
JAMES WESLEY HENDRIX
UNITED STATES DISTRICT JUDGE